**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAIME CORONA-TORRES,<br><br>    Defendant | Case No.: Case No.1:13-CR-0095 AWI-BAM<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND MIA GIACOMAZZI, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, JAIME CORONA-TORRES, by and through his attorney of record, DAVID A. TORRES hereby requesting that a Change of Plea Hearing be set on Monday, April 22, 2013 at 10:00 a.m. and that the Status Conference currently set for May 6, 2013 be vacated.

    The Plea Agreement was signed by counsel and Mr. Corona-Torres and filed with the court on April 17, 2013 (Docket No. 10). I spoke to AUSA Mia Giacomazzi; she has no objection to setting the hearing to April 22, 2013.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 17, 2013	Respectfully Submitted,

	**/s/ David A Torres**	
	DAVID A. TORRES
	Attorney for Defendant
	Jaime Corona-Torres


DATED: April 17, 2013	**/s/Mia Giacomazzi**	
	MIA GIACOMAZZI
	Assistant U.S. Attorney

**IT IS SO ORDERED** that the Change of Plea hearing be held on Monday, April 22, 2013 and the Status Conference be vacated.

IT IS SO ORDERED.

Dated:   April 18, 2013                                    _____
                                                                          SENIOR DISTRICT JUDGE